LEE, LAU & KO
Angie S. Lee, SBN 254018
alee@llkattorneys.com
15303 Ventura Boulevard, 9th Floor
Sherman Oaks, California 91403
Telephone: (818) 993-2125
Fax: (818) 647-0421

Attorneys for Defendant Steps Apparel Group, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

EXPRESS LLC,

                Plaintiff,

      vs.

FOREVER 21, INC.; FOREVER 21
LOGISTICS, INC,; JIN SOOK CHANG; DO
WON CHANG; WHITE OWL CLOTHING,
INC.; STEPS APPAREL GROUP, INC. dba
STEPS OF CA; and DOES 1 through 10,
inclusive,

                Defendant

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: CV09-04514 ODW (VBK)

**STEPS APPAREL GROUP'S ANSWER
TO PLAINTIFF'S FIRST AMENDED
COMPLAINT FOR COPYRIGHT
INFRINGEMENT, TRADE DRESS
INFRINGEMENT AND UNFAIR
COMPETITION**

**DEMAND FOR JURY TRIAL**

Complaint Filed: June 23, 2009

        Defendant Steps Apparel Group, Inc. ("Defendant"), by and through its undersigned

attorneys, answers Plaintiff Express, LLC's ("Plaintiff") First Amended Complaint

("Complaint") for Copyright Infringement, Trade Dress Infringement, and Unfair Competition as

follows:

**<u>Answer to Paragraph 1</u>**

   1.  Defendant admits that the action is for (a) copyright infringement in violation of the

Copyright Act of 1976, 17 U.S.C. §101 *et seq.*; (b) trade dress infringement in violation of

Section 43(a) of the Lanham Act, 15 U.S.C. §1125(a); (c) unfair competition and unlawful and

deceptive acts and practices in violation of California Business and Professional Code §17200;

and unfair competition under California common law.  Defendant expressly denies that it has

engaged in any of the wrongful or illegal activities alleged in the Complaint in this district or elsewhere in interstate commerce or in commerce with the United States.

**Answer to Paragraph 2**

2. Defendant admits the allegations made in Paragraph 2 of the Complaint.

**Answer to Paragraph 3**

3. Defendant lacks sufficient information or belief to admit or deny the allegations in Paragraph 3 of the Complaint and on that basis denies those allegations.

**Answer to Paragraph 4**

4. Defendant lacks sufficient information or belief to admit or deny the allegations in Paragraph 4 of the Complaint and on that basis denies those allegations.

**Answer to Paragraph 5**

5. Defendant lacks sufficient information or belief to admit or deny the allegations in Paragraph 5 of the Complaint and on that basis denies those allegations.

**Answer to Paragraph 6**

6. The allegations in Paragraph 6 of the Complaint state legal conclusions to which no responsive pleading is required. To the extent a responsive pleading is deemed to be required, Defendant does not contest personal jurisdiction in this District.

**Answer to Paragraph 7**

7. The allegations in Paragraph 7 of the Complaint state legal conclusions to which no responsive pleading is required. To the extent a responsive pleading is deemed to be required, Defendant denies that it has committed any acts or omissions that give rise to the claims in the Complaint and further deny that it has interfered with or violated any lawful right of Plaintiff in this District or anywhere else. Notwithstanding the above, Defendant does not contest jurisdiction in this District.

**Answer to Paragraph 8**

8. Defendant lacks sufficient information or belief to admit or deny the allegations in Paragraph 8 of the Complaint and on that basis denies those allegations.

**Answer to Paragraph 9**

9.   Defendant lacks sufficient information or belief to admit or deny the allegations in Paragraph 9 of the Complaint and on that basis denies those allegations.

**Answer to Paragraph 10**

10. Defendant lacks sufficient information or belief to admit or deny the allegations in Paragraph 10 of the Complaint and on that basis denies those allegations.

**Answer to Paragraph 11**

11. Defendant lacks sufficient information or belief to admit or deny the allegations in Paragraph 11 of the Complaint and on that basis denies those allegations.

**Answer to Paragraph 12**

12. Defendant lacks sufficient information or belief to admit or deny the allegations in Paragraph 12 of the Complaint and on that basis denies those allegations.

**Answer to Paragraph 13**

13. Defendant lacks sufficient information or belief to admit or deny the allegations in Paragraph 13 of the Complaint and on that basis denies those allegations.

**Answer to Paragraph 14**

14. Defendant lacks sufficient information or belief to admit or deny the allegations in Paragraph 14 of the Complaint and on that basis denies those allegations.

**Answer to Paragraph 15**

15. Defendant admits the allegations made in Paragraph 15 of the Complaint.

**Answer to Paragraph 16**

16. Defendant denies the allegations made in Paragraph 16 of the Complaint.

**Answer to Paragraph 17**

17. Defendant lacks sufficient information or belief to admit or deny the allegations in Paragraph 17 of the Complaint and on that basis denies those allegations.

**Answer to Paragraph 18**

18. Defendant lacks sufficient information or belief to admit or deny the allegations in Paragraph 18 of the Complaint and on that basis denies those allegations.

**Answer to Paragraph 19**

19. Defendant lacks sufficient information or belief to admit or deny the allegations in Paragraph 19 of the Complaint and on that basis denies those allegations.

**Answer to Paragraph 20**

20. Defendant lacks sufficient information or belief to admit or deny the allegations in Paragraph 20 of the Complaint and on that basis denies those allegations.

**Answer to Paragraph 21**

21. Defendant admits the allegation that Steps knowingly and deliberately entered into contracts with Forever 21 Defendants for the manufacture and sale of clothing, at least one of which garments is at issue in this case.  Defendant denies the allegation that it knowingly and deliberately entered into contracts with the Changs.  Defendant lacks sufficient information or belief to admit or deny the remaining allegations in Paragraph 21 of the Complaint and on that basis denies those allegations.

**Answer to Paragraph 22**

22. Defendant admits that Plaintiff has attached what purport to be color copies of the Express Plaid Designs as Plaintiff's Exhibits A, C, D, F, and H.  Defendant lacks sufficient information or belief to admit or deny the remaining allegations in Paragraph 22 of the Complaint and on that basis denies those allegations.

**Answer to Paragraph 23**

23. Defendant admits that Plaintiff has annexed what purports to be a color copy of Express's Bruin Design to the Complaint as Plaintiff's Exhibit A.  Defendant lacks sufficient information or belief to admit or deny the remaining allegations in Paragraph 23 of the Complaint and on that basis denies those allegations.

**Answer to Paragraph 24**

24. The allegations in Paragraph 24 of the Complaint state legal conclusions to which no responsive pleading is required.  To the degree a responsive pleading is deemed to be required, Defendant lacks sufficient information or belief to admit or deny the allegations in Paragraph 24 of the Complaint and on that basis denies those allegations.

**Answer to Paragraph 25**

25. Defendant lacks sufficient information or belief to admit or deny the allegations in Paragraph 25 of the Complaint and on that basis denies those allegations.

**Answer to Paragraph 26**

26. Defendant admits that Plaintiff has annexed what purports to be a copy of Certificate of Registration No. VA 0001668158, dated June 12, 2009 to the Complaint as Plaintiff's Exhibit B. Defendant lacks sufficient information or belief to admit or deny the remaining allegations in Paragraph 26 of the Complaint and on that basis denies those allegations.

**Answer to Paragraph 27**

27. Defendant lacks sufficient information or belief to admit or deny the allegations in Paragraph 27 of the Complaint and on that basis denies those allegations.

**Answer to Paragraph 28**

28. Defendant admits that Plaintiff has annexed what purports to be a color copy of the Bruin Design in an alternate colorway to the Complaint as Plaintiff's Exhibit C. Defendant lacks sufficient information or belief to admit or deny the remaining allegations in Paragraph 28 of the Complaint and on that basis denies those allegations.

**Answer to Paragraph 29**

29. Defendant admits that Plaintiff has annexed what purports to be a color copy of Express's Ocean Design to the Complaint as Plaintiff's Exhibit D. Defendant lacks sufficient information or belief to admit or deny the remaining allegations in Paragraph 29 of the Complaint and on that basis denies those allegations.

**Answer to Paragraph 30**

30. The allegations in Paragraph 30 of the Complaint state legal conclusions to which no responsive pleading is required. To the degree a responsive pleading is deemed to be required, Defendant lacks sufficient information or belief to admit or deny the allegations in Paragraph 30 of the Complaint and on that basis denies those allegations.

//

//

**Answer to Paragraph 31**

31. Defendant lacks sufficient information or belief to admit or deny the allegations in Paragraph 31 of the Complaint and on that basis denies those allegations.

**Answer to Paragraph 32**

32. Defendant admits that Plaintiff has annexed what purports to be a copy of Certificate of Registration No. VA 0001668156, dated June 12, 2009 to the Complaint as Plaintiff's Exhibit E. Defendant lacks sufficient information or belief to admit or deny the remaining allegations in Paragraph 32 of the Complaint and on that basis denies those allegations.

**Answer to Paragraph 33**

33. Defendant lacks sufficient information or belief to admit or deny the allegations in Paragraph 33 of the Complaint and on that basis denies those allegations.

**Answer to Paragraph 34**

34. Defendant admits that Plaintiff has annexed what purports to be a color copy of Express's Jack Design to the Complaint as Plaintiff's Exhibit F.  Defendant lacks sufficient information or belief to admit or deny the remaining allegations in Paragraph 34 of the Complaint and on that basis denies those allegations.

**Answer to Paragraph 35**

35. The allegations in Paragraph 35 of the Complaint state legal conclusions to which no responsive pleading is required.  To the degree a responsive pleading is deemed to be required, Defendant lacks sufficient information or belief to admit or deny the allegations in Paragraph 35 of the Complaint and on that basis denies those allegations.

**Answer to Paragraph 36**

36. Defendant lacks sufficient information or belief to admit or deny the allegations in Paragraph 36 of the Complaint and on that basis denies those allegations.

**Answer to Paragraph 37**

37. Defendant admits that Plaintiff has annexed what purports to be a copy of Certificate of Registration No. VA 0001668162, dated June 12, 2009 to the Complaint as Plaintiff's Exhibit G. Defendant lacks sufficient information or belief to admit or deny the remaining allegations in

Paragraph 34 of the Complaint and on that basis denies those allegations.

**Answer to Paragraph 38**

38. Defendant lacks sufficient information or belief to admit or deny the allegations in Paragraph 38 of the Complaint and on that basis denies those allegations.

**Answer to Paragraph 39**

39. Defendant admits that Plaintiff has annexed what purports to be a color copy of Express's Jack Design to the Complaint as Plaintiff's Exhibit H. Defendant lacks sufficient information or belief to admit or deny the remaining allegations in Paragraph 39 of the Complaint and on that basis denies those allegations.

**Answer to Paragraph 40**

40. The allegations in Paragraph 40 of the Complaint state legal conclusions to which no responsive pleading is required. To the degree a responsive pleading is deemed to be required, Defendant lacks sufficient information or belief to admit or deny the allegations in Paragraph 40 of the Complaint and on that basis denies those allegations.

**Answer to Paragraph 41**

41. Defendant lacks sufficient information or belief to admit or deny the allegations in Paragraph 41 of the Complaint and on that basis denies those allegations.

**Answer to Paragraph 42**

42. Defendant admits that Plaintiff has annexed what purports to be a copy of Certificate of Registration No. VA 0001668155, dated June 12, 2009 to the Complaint as Plaintiff's Exhibit I. Defendant lacks sufficient information or belief to admit or deny the remaining allegations in Paragraph 40 of the Complaint and on that basis denies those allegations.

**Answer to Paragraph 43**

43. Defendant lacks sufficient information or belief to admit or deny the allegations in Paragraph 43 of the Complaint and on that basis denies those allegations.

**Answer to Paragraph 44**

44. Defendant lacks sufficient information or belief to admit or deny the allegations in Paragraph 44 of the Complaint and on that basis denies those allegations.

**Answer to Paragraph 45**

45. Defendant denies the allegations in Paragraph 45 of the Complaint.

**Answer to Paragraph 46**

46. Defendant admits that Plaintiff has annexed what purports to be color copies of Forever 21 and Chang Defendants' infringing copies of Plaintiff's Express Plaid Designs to the Complaint as Plaintiff's Exhibits J through M.  Defendant denies the remaining allegations in Paragraph 46.

**Answer to Paragraph 47**

47. Defendant denies the allegations in Paragraph 47.

**Answer to Paragraph 48**

48. The allegations in Paragraph 48 of the Complaint state legal conclusions to which no responsive pleading is required.  To the degree a responsive pleading is deemed to be required, Defendant denies the allegations in Paragraph 48 of the Complaint.

**Answer to Paragraph 49**

49. Defendant lacks sufficient information or belief to admit or deny the allegations in Paragraph 49 of the Complaint and on that basis denies those allegations.

**Answer to Paragraph 50**

50. Defendant admits that Plaintiff has annexed what purports to be a color copy of Express's Track Jacket Trade Dress to the Complaint as Plaintiff's Exhibit N.  Defendant lacks sufficient information or belief to admit or deny the remaining allegations in Paragraph 50 of the Complaint and on that basis denies those allegations.

**Answer to Paragraph 51**

51. The allegations in Paragraph 51 of the Complaint state legal conclusions to which no responsive pleading is required.  To the degree a responsive pleading is deemed to be required, Defendant lacks sufficient information or belief to admit or deny the allegations in Paragraph 51 of the Complaint and on that basis denies those allegations.

//

//

**Answer to Paragraph 52**

52. The allegations in Paragraph 52 of the Complaint state legal conclusions to which no responsive pleading is required.  To the degree a responsive pleading is deemed to be required, Defendant lacks sufficient information or belief to admit or deny the allegations in Paragraph 52 of the Complaint and on that basis denies those allegations.

**Answer to Paragraph 53**

53. Defendant admits that Plaintiff has annexed what purports to be color copies of photographs to the Complaint as Plaintiff's Exhibit O.  Defendant denies the remaining allegations in Paragraph 53 of the Complaint.

**Answer to Paragraph 54**

54. Defendant admits that Plaintiff has annexed what purports to be a color copy of photographs to the Complaint as Plaintiff's Exhibit P.  Defendant denies the remaining allegations in Paragraph 49 of the Complaint.

**Answer to Paragraph 55**

55. Defendant denies the allegations in Paragraph 55 of the Complaint.

**Answer to Paragraph 56**

56. Defendant denies the allegations in Paragraph 56 of the Complaint.

**Answer to Paragraph 57**

57. Defendant denies the allegation that it is in the regular practice of copying other products and appropriating the intellectual property of others for its own use, gain, and profit and that it has been named as a defendant in over 50 intellectual property cases within the past seven years. Defendant lacks sufficient information or belief to admit or deny the remaining allegations in Paragraph 57 of the Complaint and on that basis denies those allegations.

**Answer to Paragraph 58**

58. Defendant lacks sufficient information or belief to admit or deny the allegation concerning the Changs' knowledge and on that basis denies that allegation.  Defendant further denies the remaining allegations in Paragraph 58 of the Complaint.

//

**Answer to Paragraph 59**

    59. Defendant denies the allegations in Paragraph 59 of the Complaint.

**Answer to Paragraph 60**

    60. Defendant denies the allegations in Paragraph 60 of the Complaint.

**Answer to Paragraph 61**

    61. Defendant denies that it committed any acts that required the permission, license or authority of Express.  Defendant further denies that it violated or disregarded any lawful right of Express.

**Answer to Paragraph 62**

    62. Defendant denies infringing any lawful right of Express.  Defendant further denies that Express has been injured or damaged or has lost gains, profits or advantages as a result of any actions taken by Defendant.

**Answer to Paragraph 63**

    63. Defendant admits that Paragraphs 1 through 49, 56 through 62, inclusive of this Complaint are incorporated by reference and Defendant incorporates its responses to those paragraphs as if fully set forth herein.

**Answer to Paragraph 64**

    64. The allegations in Paragraph 64of the Complaint state legal conclusions to which no responsive pleading is required.  To the extent a responsive pleading is deemed to be required, Defendant denies the allegations in Paragraph 64 of the Complaint.

**Answer to Paragraph 65**

    65. Defendant admits that Paragraphs 1 through 21, 50 through 62, inclusive of this Complaint are incorporated by reference and Defendant incorporates its responses to those paragraphs as if fully set forth herein.

**Answer to Paragraph 66**

    66. The allegations in Paragraph 66 of the Complaint state legal conclusions to which no responsive pleading is required.  To the extent a responsive pleading is deemed to be required, Defendant lacks sufficient information or belief to admit or deny the remaining allegations in

Paragraph 66 of the Complaint and on that basis denies those allegations.

**Answer to Paragraph 67**

67. The allegations in Paragraph 67 of the Complaint state legal conclusions to which no responsive pleading is required.  To the extent a responsive pleading is deemed to be required, Defendant denies the allegations in Paragraph 67 of the Complaint.

**Answer to Paragraph 68**

68. Defendant denies the allegations in Paragraph 68 of the Complaint.

**Answer to Paragraph 69**

69. Defendant denies the allegations in Paragraph 69 of the Complaint.

**Answer to Paragraph 70**

70. Defendant denies the allegations in Paragraph 70 of the Complaint.

**Answer to Paragraph 71**

71. The allegations in Paragraph 71 of the Complaint state legal conclusions to which no responsive pleading is required.  To the extent a responsive pleading is deemed to be required, Defendant denies the allegations in Paragraph 71 of the Complaint.

**Answer to Paragraph 72**

72. The allegations in Paragraph 72 of the Complaint state legal conclusions to which no responsive pleading is required.  To the extent a responsive pleading is deemed to be required, Defendant denies the allegations in Paragraph 72 of the Complaint.

**Answer to Paragraph 73**

73. The allegations in Paragraph 73 of the Complaint state legal conclusions to which no responsive pleading is required.  To the extent a responsive pleading is deemed to be required, Defendant denies the allegations in Paragraph 73 of the Complaint.

**Answer to Paragraph 74**

74. The allegations in Paragraph 74 of the Complaint state legal conclusions to which no responsive pleading is required.  To the extent a responsive pleading is deemed to be required, Defendant denies the allegations in Paragraph 74 of the Complaint.

//

**Answer to Paragraph 75**

75. Defendant admits that Paragraphs 1 through 21, 50 through 62, inclusive of this Complaint are incorporated by reference and Defendant incorporates its responses to those paragraphs as if fully set forth herein.

**Answer to Paragraph 76**

76. The allegations in Paragraph 76 of the Complaint state legal conclusions to which no responsive pleading is required.  To the extent a responsive pleading is deemed to be required, Defendant denies the allegations in Paragraph 76 of the Complaint.

**Answer to Paragraph 77**

77. The allegations in Paragraph 77 of the Complaint state legal conclusions to which no responsive pleading is required.  To the extent a responsive pleading is deemed to be required, Defendant denies the allegations in Paragraph 77 of the Complaint.

**Answer to Paragraph 78**

78. The allegations in Paragraph 78 of the Complaint state legal conclusions to which no responsive pleading is required.  To the extent a responsive pleading is deemed to be required, Defendant denies the allegations in Paragraph 78 of the Complaint.

**Answer to Paragraph 79**

79. Defendant admits that Paragraphs 1 through 21, 50 through 62, inclusive of this Complaint are incorporated by reference and Defendant incorporates its responses to those paragraphs as if fully set forth herein.

**Answer to Paragraph 80**

80. The allegations in Paragraph 80 of the Complaint state legal conclusions to which no responsive pleading is required.  To the extent a responsive pleading is deemed to be required, Defendant denies the allegations in Paragraph 80 of the Complaint.

**Answer to Paragraph 81**

81. The allegations in Paragraph 81 of the Complaint state legal conclusions to which no responsive pleading is required.  To the extent a responsive pleading is deemed to be required, Defendant denies the allegations in Paragraph 81 of the Complaint.

1

**Answer to Paragraph 82**

2

   82. The allegations in Paragraph 82 of the Complaint state legal conclusions to which no

3

responsive pleading is required. To the extent a responsive pleading is deemed to be required,

4

Defendant denies the allegations in Paragraph 82 of the Complaint.

5

**Answer to Paragraph 83**

6

   83. The allegations in Paragraph 83 of the Complaint state legal conclusions to which no

7

responsive pleading is required. To the extent a responsive pleading is deemed to be required,

8

Defendant denies the allegations in Paragraph 83 of the Complaint.

9

**Answer to Paragraph 84**

10

   84. The allegations in Paragraph 84 of the Complaint state legal conclusions to which no

11

responsive pleading is required. To the extent a responsive pleading is deemed to be required,

12

Defendant denies the allegations in Paragraph 84 of the Complaint.

13

**Answer to Prayer for Relief**

14

   Defendant denies that Plaintiff is entitled to any relief required in the Prayer for Relief in

15

its Complaint, or any other relief whatsoever.

16

17

**AFFIRMATIVE DEFENSES**

18

   Defendant further alleges the following separate and distinct affirmative defenses to the

19

Complaint:

20

**First Affirmative Defense**

21

   Each and every cause of action fails to state facts sufficient to constitute a claim or cause

22

of action upon which relief may be granted.

23

24

**Second Affirmative Defense**

25

   Some or all of Plaintiff's claims are barred or subject to dismissal because Plaintiff has

26

failed to comply with renewal, notice, and/or registration requirements, or with other necessary

27

formalities.

28

### **Third Affirmative Defense**

Some or all of Plaintiff's works or portions thereof constitute unprotectable ideas, procedures, processes, systems, methods of operation, concepts, principles, or discoveries.

### **Fourth Affirmative Defense**

Some or all of Plaintiff's works or portions thereof are not original.

### **Fifth Affirmative Defense**

Some or all of Plaintiff's claims or some of all of the relief sought for such claims are barred by the doctrines of waiver, estoppels, laches or acquiescence.

### **Sixth Affirmative Defense**

Plaintiff is not entitled to statutory damages because Plaintiff's works were not registered with the Copyright Office within three months of their first publication.

### **PRAYER FOR RELIEF**

WHEREFORE, Defendant prays for judgment as follows:

1.	That the Court dismiss the Complaint for failure to state a claim upon which relief can be granted;

2.	That Plaintiff takes nothing by way of its Complaint;

3.	That Defendant recovers attorneys' fees;

4.	That Defendant recovers costs of suit; and

5.	For such other and further relief as the Court may deem just and proper.

//
//
//
//
//

1

## **DEMAND FOR JURY TRIAL**

2

Pursuant to Federal Rule of Civil Procedure 38(b), Defendant hereby demands a jury trial

3

on all issues so triable.

4

5

6

Dated: January 5, 2010                                    LEE, LAU & KO

7

8

                                                                        */s/ Angie S. Lee*

9

                                                            Angie S. Lee

10

                                                            Attorneys for Steps Apparel Group, Inc.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on January 5, 2010 the foregoing document described as DEFENDANT STEPS APPAREL GROUP'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADE DRESS INFRINGEMENT, AND UNFAIR COMPETITION AND DEMAND FOR JURY TRIAL was filed electronically via the Court's Electronic Filing System (ECF).  Notice of the filing is being served upon all counsel of record automatically through Notice of Electronic Filing.


*/s/ Angie S. Lee*
_____