FILED
CLERK, U.S. DISTRICT COURT
JAN 15 2010
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXPRESS, LLC, | Case No. CV09-04514 ODW (VBK) |
| Plaintiff, | |
| v. | [PROPOSED] ORDER GRANTING STIPULATED PROTECTIVE ORDER |
| FOREVER 21, INC.; FOREVER 21 LOGISTICS, INC.; FOREVER 21 RETAIL, INC.; JIN SOOK CHANG; DO WON CHANG; and DOES 1 through 50, inclusive, | NOTE CHANGES MADE BY THE COURT. |
| Defendants. | |

("PROPOSED" is struck through)

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Having reviewed the Stipulated Protective Order submitted by the parties on October 27, 2009, and for all the reasons set forth therein, this Court hereby affirms and enters the Stipulated Protective Order as submitted.

*Note - not applicable to trial proceedings, or as otherwise ordered by the District Judge*
*② comply with L.R. 79-5*

IT IS SO ORDERED.

Dated: 1-15-2010

Victor B. Kenton,
United States Magistrate Judge

Submitted by:

COLUCCI & UMANS
FRANK J. COLUCCI, Esq. (*Admitted Pro Hac Vice*)
DAVID M. DAHAN, Esq. (*Admitted Pro Hac Vice*)
JANICE K. YOON, Esq. (*Admitted Pro Hac Vice*)
218 East 50th Street
New York, New York 10022
Telephone: (212) 935-5700
Facsimile: (212) 935-5728

and

BUCHALTER NEMER
RUSSELL L. ALLYN (SBN: 143531)
JEFFREY H. KAPOR (SBN: 82045)
1000 Wilshire Boulevard, Suite 1500
Los Angeles, California 90017-2457
Telephone: 213.891.0700
Facsimile: 213.896.0400

Attorneys for Plaintiff,
EXPRESS, LLC.

RUSS, AUGUST & KABAT
Larry C. Russ, State Bar No. 82768
Nathan D. Meyer, State Bar No. 239850
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone:   (310) 826-7474
Facsimile:   (310) 826-6991

Attorneys for Defendants
FOREVER 21, INC., FOREVER 21 LOGISTICS, INC.,
FOREVER 21 RETAIL, INC., JIN SOOK CHANG,
and DO WON CHANG