1  HOLLAND & KNIGHT LLP
2    Theresa W. Middlebrook (State Bar 89709)
     Kristina S. Azlin (State Bar 235238)
3  633 West Fifth Street, 21st Floor
   Los Angeles, California  90071-2040
4  Tel.  (213) 896-2400
   Fax.  (213) 896-2450
5  E-mail:  theresa.middlebrook@hklaw.com
   E-mail:  kristina.azlin@hklaw.com
6  Attorneys for Defendant White Owl Clothing, Inc.

7

8              UNITED STATES DISTRICT COURT

9         FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

11  EXPRESS, LLC,                    )  Case No. CV09-04514 (ODW)(VBKx)
                                     )
12                      Plaintiff,   )  **ANSWER OF**
                                     )  **WHITE OWL CLOTHING INC.**
13              v.                   )  **TO FIRST AMENDED**
                                     )  **COMPLAINT OF EXPRESS, LLC.**
14  FOREVER 21, INC.;  FOREVER       )
15  21 LOGISTICS, LLC;  FOREVER      )
    21 RETAIL, INC.;  JIN SOOK       )
16  CHANG;  DO WON CHANG;            )
    WHITE OWL CLOTHING, INC.;        )
17  STEPS APPAREL GROUP, INC.        )
    dba STEPS OF CA;  and DOES 1     )
18  through 10, inclusive,           )
                                     )
19                                   )
                        Defendants.  )
20  _____)

21

22        Defendant White Owl Clothing Inc. ("White Owl") hereby answers the

23  First Amended Complaint of Plaintiff Express, LLC  ("Plaintiff"), as, for and on

24  behalf of itself only, and asserts its Affirmative Defenses. For convenience, White

25  Owl repeats the headings employed by Plaintiff.  White Owl, however, expressly

26  does not admit or concede any allegation in the Complaint by so acting.

27

28

HOLLAND & KNIGHT LLP
633 West Fifth Street, 21st Floor
Los Angeles, California 90071-2040
Tel. (213) 896-2400

HOLLAND & KNIGHT LLP
633 West Fifth Street, 21ˢᵗ Floor
Los Angeles, California 90071-2040
Tel. (213) 896-2400

## JURISDICTION AND VENUE

1.     The allegations in this paragraph are legal in nature and, as such, no response is required from White Owl.  To the extent an answer is deemed necessary, White Owl denies the allegations set forth in paragraph 1.

2.     White Owl admits the allegations set forth in paragraph 2.

3.     White Owl admits the allegations set forth in paragraph 3 as to Forever 21, Inc. however is without knowledge or information sufficient to form a belief as to the truth of the balance of the allegations set forth in paragraph 3 and on that basis, denies the allegations therein.

4.     White Owl is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 4 and on that basis, denies the allegations therein.

5.     White Owl admits the allegations set forth in paragraph 5.

6.     White Owl is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 6 and on that basis, denies the allegations therein.

7.     White Owl admits the allegations set forth in paragraph 7.

## PARTIES

8.     White Owl is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 8 and on that basis, denies the allegations therein.

9.     White Owl is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 9 and on that basis, denies the allegations therein.

10.     White Owl is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 10 and therefore denies the allegations therein.

11.   White Owl is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 11, and therefore denies the allegations therein.

12.   White Owl is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraphs 12, and therefore denies the allegations therein.

13.   White Owl is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 13, and therefore denies the allegations therein.

14.   White Owl admits the allegations set forth in paragraph 14.

15.   White Owl is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 15, and therefore denies the allegations therein.

16.   White Owl denies the allegations set forth in paragraph 16.

## **FACTUAL BACKGROUND**

17.   White Owl is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 17, and therefore denies the allegations therein.

18.   White Owl without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 18 and on that basis denies the allegations therein.

19.   White Owl is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 19, and therefore denies the allegations therein.

20.   White Owl denies the allegations set forth in paragraph 20.

21.   White Owl admits that it entered into contracts with Forever 21, Inc. relating to some clothing items, but is without knowledge or information

HOLLAND & KNIGHT LLP
633 West Fifth Street, 21ˢᵗ Floor
Los Angeles, California 90071-2040
Tel. (213) 896-2400

Answer of White Owl Clothing Inc. to First Amended Complaint of Express LLC

HOLLAND & KNIGHT LLP
633 West Fifth Street, 21st Floor
Los Angeles, California 90071-2040
Tel. (213) 896-2400

1  sufficient to form a belief as to the truth of the balance of the allegations set forth

2  in paragraph 21, and therefore denies those allegations therein.

3  ### The Express Copyrights

4      22.    White Owl denies the allegations set forth in paragraph 22.

5  ### The Bruin Copyright

6      23.    White Owl is without knowledge or information sufficient to form a

7  belief as to the truth of the allegations set forth in paragraph 23, and therefore

8  denies the allegations therein.

9      24.    White Owl is without knowledge or information sufficient to form a

10  belief as to the truth of the allegations set forth in paragraph 24 and on that basis,

11  denies the allegations therein.

12      25.    White Owl is without knowledge or information sufficient to form a

13  belief as to the truth of the allegations set forth in paragraph 25 and on that basis,

14  denies the allegations therein.

15      26.    White Owl admits that a certificate of registration is attached but is

16  without knowledge or information sufficient to form a belief as to the truth of the

17  other allegations set forth in paragraph 26, and therefore denies the balance of the

18  allegations therein.

19      27.    White Owl is without knowledge or information sufficient to form a

20  belief as to the truth of the allegations set forth in paragraph 27, and therefore

21  denies the allegations therein.

22      28.    White Owl is without knowledge or information sufficient to form a

23  belief as to the truth of the allegations set forth in paragraph 28, and therefore

24  denies the allegations therein.

25  ### The Ocean Copyright

26      29.    White Owl is without knowledge or information sufficient to form a

27  belief as to the truth of the allegations set forth in paragraph 29, and therefore

28  denies the allegations therein.

30. White Owl denies the allegations set forth in paragraph 30.

31. White Owl is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 31, and therefore denies the allegations therein.

32. White Owl admits that a copy of a copyright registration is attached and denies the balance of the allegations set forth in paragraph 32.

33. White Owl denies the allegations set forth in paragraph 33.

**The Jack Copyright**

34. White Owl is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 34, and therefore denies the allegations therein.

35. White Owl denies the allegations set forth in paragraph 35.

36. White Owl is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 36, and therefore denies the allegations therein.

37. White Owl admits that a copy of a copyright registration is attached and denies the balance of the allegations set forth in paragraph 37.

38. White Owl denies the allegations set forth in paragraph 38.

**The Roth Copyright**

39. White Owl is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 39, and therefore denies the allegations therein.

40. White Owl is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 40, and therefore denies the allegations therein.

41. White Owl is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 41, and therefore denies the allegations therein.

HOLLAND & KNIGHT LLP
633 West Fifth Street, 21st Floor
Los Angeles, California 90071-2040
Tel. (213) 896-2400

Answer of White Owl Clothing Inc. to First Amended Complaint of Express LLC

42.     White Owl admits that a copy of a copyright registration is attached but is without knowledge or information sufficient to form a belief as to the truth of the other allegations set forth in paragraph 42, and therefore denies the balance of the allegations therein.

43.     White Owl is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 43, and therefore denies the allegations therein.

\* \* \*

44.     White Owl is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 44, and therefore denies the allegations therein.

45.     White Owl denies the allegations of paragraph 45.

46.     White Owl denies the allegations of paragraph 46.

47.     White Owl denies the allegations of paragraph 47.

48.     White Owl denies the allegations of paragraph 48.

49.     White Owl is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 49, and therefore denies the allegations therein.

### The Track Jacket Trade Dress

50.     White Owl is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 50, and therefore denies the allegations therein.

51.     White Owl is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 51, and therefore denies the allegations therein.

52.     White Owl is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 52, and therefore denies the allegations therein.

HOLLAND & KNIGHT LLP
633 West Fifth Street, 21st Floor
Los Angeles, California 90071-2040
Tel. (213) 896-2400

Answer of White Owl Clothing Inc. to First Amended Complaint of Express LLC

1   53.   White Owl denies the allegations of paragraph 53.

2   54.   White Owl denies the allegations of paragraph 54.

3   55.   White Owl denies the allegations of paragraph 55.

4                               * * * *

5   56.   White Owl denies the allegations of paragraph 56.

6   57.   White Owl denies the allegations of paragraph 57.

7   58.   White Owl is without knowledge or information sufficient to form a

8   belief as to the truth of the allegations set forth in paragraph 58, and therefore

9   denies the allegations therein.

10   59.   White Owl denies the allegations of paragraph 59.

11   60.   White Owl denies the allegations of paragraph 60.

12   61.   White Owl denies the allegations of paragraph 61.

13   62.   White Owl denies the allegations of paragraph 62.

14                    **FIRST CAUSE OF ACTION**

15                       **(Copyright Infringement)**

16   63.   White Owl incorporates its prior responses as through fully set forth

17   herein.

18   64.   White Owl denies the allegations of paragraph 64.

19                   **SECOND CAUSE OF ACTION**

20                      **(Trade Dress Infringement)**

21   65.   White Owl incorporates its prior responses as through fully set forth

22   herein.

23   66.   White Owl is without knowledge or information sufficient to form a

24   belief as to the truth of the allegations set forth in paragraph 66, and therefore

25   denies the allegations therein.

26   67.   White Owl is without knowledge or information sufficient to form a

27   belief as to the truth of the allegations set forth in paragraph 67, and therefore

28   denies the allegations therein.

HOLLAND & KNIGHT LLP
633 West Fifth Street, 21ˢᵗ Floor
Los Angeles, California 90071-2040
Tel. (213) 896-2400

HOLLAND & KNIGHT LLP
633 West Fifth Street, 21ˢᵗ Floor
Los Angeles, California 90071-2040
Tel. (213) 896-2400

1    68.    White Owl denies the allegations of paragraph 68.

2    69.    White Owl is without knowledge or information sufficient to form a

3    belief as to the truth of the allegations set forth in paragraph 69 and denies the

4    allegations therein.

5    70.    White Owl is without knowledge or information sufficient to form  a

6    belief as to the truth of the allegations set forth in paragraph 70 and denies the

7    allegations therein

8    71.    White Owl denies the allegations of paragraph 71.

9    72.    White Owl denies the allegations of paragraph 72.

10    73.    White Owl denies the allegations of paragraph 73.

11    74.    White Owl denies the allegations of paragraph 74.

12    **THIRD CAUSE OF ACTION**

13    **(Violation of Ca. Bus. & Prof. Code §17200)**

14    75.    White Owl incorporates its prior responses as through fully set forth

15    herein.

16    76.    White Owl denies the allegations of paragraph 76.

17    77.    White Owl denies the allegations of paragraph 77.

18    78.    White Owl denies the allegations of paragraph 78.

19    **FOURTH CAUSE OF ACTION**

20    **(Common Law Unfair Competition)**

21    79.    White Owl incorporates its prior responses as through fully set forth

22    herein.

23    80.    White Owl denies the allegations of paragraph 79.

24    81.    White Owl denies the allegations of paragraph 80.

25    82.    White Owl denies the allegations of paragraph 81.

26    83.    White Owl denies the allegations of paragraph 82.

27    84.    White Owl denies the allegations of paragraph 83.

28

Answer of White Owl Clothing Inc. to First Amended Complaint of Express LLC

HOLLAND & KNIGHT LLP
633 West Fifth Street, 21ˢᵗ Floor
Los Angeles, California 90071-2040
Tel. (213) 896-2400

# AFFIRMATIVE DEFENSES

## First Affirmative Defense

Plaintiff has failed to state a claim upon which relief can be granted.

## Second Affirmative Defense

Plaintiff's claims are barred by the doctrines of waiver, estoppel, laches, unclean hands, fair use, misuse of copyright, and misuse of trademark.

## Third Affirmative Defense

Plaintiff's claimed damages were caused in whole or in part by others, whose actions were not controlled by or related to White Owl.  White Owl had no involvement whatsoever in any jacket or any garments made of fabric similar to the Bruin or Roth fabrics distributed by the Forever 21 Defendants.  To the extent White Owl  was involved in any matters alleged herein which gave rise to any damages to Plaintiff, the actions of others were and are the supervening and/or intervening cause of Plaintiff's damages and, therefore, Plaintiff may not recover from White Owl as a matter of law.

## Fourth Affirmative Defense

No acts, or failure to act, by White Owl was the legal, cause-in-fact, or proximate cause of any damages to Plaintiff.

## Fifth Affirmative Defense

Plaintiff has sustained no actual damages by reason of any act of, or failure to act by, White Owl.

## Sixth Affirmative Defense

Plaintiff's copyrights in the Ocean and Jack designs on fabrics are invalid.

## Seventh Affirmative Defense

To the extent Plaintiff may hold any valid rights copyright in the Ocean and Jack designs on fabric, White Owl has not infringed such rights.

HOLLAND & KNIGHT LLP
633 West Fifth Street, 21st Floor
Los Angeles, California 90071-2040
Tel. (213) 896-2400

### Eighth Affirmative Defense

White Owl has made no profits attributed to any acts infringing any valid copyrights held by Plaintiff.

### Ninth Affirmative Defense

Plaintiff is barred by 17 U.S.C. §412 from recovery of any statutory damages or attorneys fees, and is not entitled by law to any injunction, seizure order, or impound relating to property of White Owl.

White Owl reserves the right to assert any and all additional defenses as may be revealed by further investigation and discovery.

WHEREFORE, White Owl Clothing Inc. respectfully requests that this Court (i) enter judgment in its favor and against Plaintiff, dismissing all prayers for relief requested by Plaintiff in the Complaint with prejudice, (ii) award White Owl the costs of these proceedings, with interest, and its attorneys' fees; and (iii) grant White Owl such other relief as is just and proper.

February 11, 2010

Respectfully submitted,
HOLLAND & KNIGHT LLP

By

Theresa W. Middlebrook
Attorneys for Defendant
White Owl Clothing Inc.

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 633 West Fifth Street, 21st Floor, Los Angeles, California 90071.

On February 12, 2010, I served the document described as **ANSWER OF WHITE OWL CLOTHING INC. TO FIRST AMENDED COMPLAINT OF EXPRESS, LLC.** on the interested parties in this action as follows:

 [X]  (**BY Electronic Transfer to the CM/ECF System**)  In accordance with Federal Rules of Civil Procedure 5(d)(3), Local Rule 5-4, and General Order 07-08, I uploaded via electronic transfer a true and correct copy scanned into an electronic file in Adobe "pdf" format of the above-listed documents to the United States District Court Central District of California' Case Management and Electronic Case Filing (CM/ECF) system on this date.  It is my understanding that by transmitting these documents to the CM/ECF system, they will be served on all parties of record according to the preferences chosen by those parties within the CM/ECF system.  The transmission was reported as complete and without error.

 X    I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on February 12, 2010, Los Angeles, California.


_____
/S/
Kristina S. Azlin

# 9165729_v1