HOLLAND & KNIGHT LLP
Theresa W. Middlebrook   (State Bar 89709)
E-mail:  theresa.middlebrook@hklaw.com
Tara Cooper (State Bar 239018)
E-mail:  tara.cooper@hklaw.com
633 West Fifth Street, 21st Floor
Los Angeles, California  90071-2040
Tel.  (213) 896-2400
Fax.  (213) 896-2450

Attorneys for White Owl Clothing, Inc.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXPRESS, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FOREVER 21, INC.;  FOREVER 21 LOGISTICS, LLC; FOREVER 21 RETAIL, INC.; JIN SOOK CHANG;  DO WON CHANG;  WHITE OWL CLOTHING, INC.;  STEPS APPAREL GROUP, INC. dba STEPS OF CA;  and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. CV09-04514 (ODW)(VBKx)<br><br>**NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, SUMMARY ADJUDICATION  BY DEFENDANT WHITE OWL CLOTHING, INC.**<br><br>[Points & Authorities, Declaration of Isaac Saul, Declaration of Theresa Middlebrook filed herewith; Separate Statement of Undisputed Facts and Conclusions of Law and Proposed Judgment and/or Order lodged herewith]<br><br>**Hearing**<br><br>**Date: August 16, 2010<br>Time:1:30 p.m.<br>Courtroom: 11**<br><br>Discovery Cut-off: July 5, 2010<br>Pre-Trial Conference: Sept. 13, 2010<br>Trial: Oct. 5, 2010<br><br>Complaint Filed:  June 23, 2009<br>First Amended Complaint Naming This Defendant Filed:   Dec. 7, 2009 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, on August 16, 2010, at 1:30 p.m., or as soon thereafter as counsel may be heard[1], in the Courtroom of the Honorable Otis D. Wright II, located at 312 North Spring Street, Los Angeles, CA 90012, Courtroom 11, Defendant White Owl Clothing, Inc. ("White Owl") will and does hereby move for summary judgment or, alternatively, summary adjudication, with respect to each and all counts set out in Plaintiff Express's First Amended Complaint (the "Complaint") pursuant to Federal Rules of Civil Procedure 56, Local Rules 56-1 through 56-4, and Section 6.d. of the Standing Order of this court.

      This Motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on July 1, 2010, and is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities; the Separate Statement of Uncontroverted Facts and Conclusions of Law; the Declarations of Isaac Saul and Theresa Middlebrook and on all prior pleadings on file in this action; any matter judicially noticeable; and such other documents and matters as may be presented to the Court.

Dated: July 12, 2010         Respectfully submitted,

                                   HOLLAND & KNIGHT LLP

                                   By: _____/S/_____
                                   Theresa W. Middlebrook, Attorneys for
                                   Defendant White Owl Clothing, Inc.

---

[1] Contemporaneously with the filing of this Motion for Summary Judgment, Forever 21 and Steps have filed a Motion for Summary Judgment on other issues.

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 633 West Fifth Street, 21st Floor, Los Angeles, California 90071.

On July 12, 2010, I served the document described as **NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY,** SUMMARY ADJUDICATION **BY DEFENDANT WHITE OWL CLOTHING, INC.** on the interested parties in this action as follows:

[X] (**BY Electronic Transfer to the CM/ECF System**) In accordance with Federal Rules of Civil Procedure 5(d) (3), Local Rule 5-4, and General Order 07-08, I uploaded via electronic transfer a true and correct copy scanned into an electronic file in Adobe "pdf" format of the above-listed documents to the United States District Court Central District of California' Case Management and Electronic Case Filing (CM/ECF) system on this date. It is my understanding that by transmitting these documents to the CM/ECF system, they will be served on all parties of record according to the preferences chosen by those parties within the CM/ECF system. The transmission was reported as complete and without error.

 X   I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on July 12, 2010, Los Angeles, California.


　　　　　　　　　　　　　　　　　　／S／
　　　　　　　　　　　　　　　　Tara L. Cooper

# 9590242_v1