Name & Address:
Frank J. Colucci
Colucci & Umans
218 East 50th Street
New York, New York 10022
(212) 935-5700
fcolucci@colucci-umans.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| EXPRESS, LLC, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:09-cv-04514-ODW-VBK |
| v. | |
| FOREVER 21, INC., et al., | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

Declaration of Frank J. Colucci in Support of Plaintiff's Motion for Summary Judgment

**Document Description:**

☐ Administrative Record
☑ Exhibits
☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
☑ Other  Declaration with Exhibits

**Reason:**

☑ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☐ Per Court order dated _____
☐ Manual Filing required (*reason*):

07/12/2010
Date

/Frank J. Colucci/
Attorney Name

Express, LLC
Party Represented

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                                    NOTICE OF MANUAL FILING