1   Robert A. Levinson, Esq. [SBN 82300]
2   Angie S. Lee, Esq. [SBN 254018]
    Levinson Arshonsky & Kurtz, LLP
3   15303 Ventura Blvd., Suite 1650
4   Sherman Oaks, CA 91403
    Telephone: (818) 382-3434
5   Facsimile: (818) 382-3433

6   Attorneys for Defendant Steps Apparel Group, Inc.

7

8                UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11   EXPRESS, LLC, | Case No.  CV09-04514 (ODW) (VBKx) |
| 12          Plaintiff, | **DECLARATION OF KEY CHU IN** |
| 13   vs. | **SUPPORT OF FOREVER 21 DEFENDANTS' AND STEPS' MOTION FOR SUMMARY JUDGMENT** |
| 14   FOREVER 21, INC.; FOREVER 21 | |
| 15   LOGISTICS, LLC; FOREVER 21 RETAIL, INC.; JIN SOOK CHANG; DO WON CHANG; WHITE OWL | Discovery Cut-off: July 5, 2010 Pre-Trial Conference: Sept. 13, 2010 Trial: Oct. 5, 2010 |
| 16   CLOTHING, INC; STEPS APPAREL GROUP, INC. dba STEPS OF CA; and | |
| 17   DOES 1 through 10, inclusive, | **Hearing Date: August 16, 2010** |
| 18          Defendants. | **Time:1:30 p.m. Courtroom: 11** |
| 19 | Complaint Filed:  June 23, 2009 |

20

21                **<u>DECLARATION OF KEY CHU</u>**

22     **I**, Key Chu, declare as follows:

23       1.     I am over the age of eighteen (18) years and am the Vice-President of

24 Steps Apparel Group, Inc. a defendant in this matter.  I have personal knowledge of the

25 following facts and, if called upon as a witness, I could, and would, competently testify

26 thereto.

27

28             1

LEVINSON ARSHONSKY & KURTZ, LLP

2.     Of the five articles of clothing that are the subject of this case, Steps created and sold to Forever 21 three articles. Steps created and sold the white track jacket, (a true and correct copy of the Heritage Purchase Order # 09001836 indicating "Steps of CA" of the source of the white track jacket sold to Forever 21, Inc./Heritage is attached hereto as Exhibit **A** ), the plaid shorts that Express contends infringes upon their "Bruin" plaid (a true and correct copy of the Heritage Purchase Order # 09007628 indicating "Steps of CA" of the source of the shorts sold to Forever 21, Inc./Heritage is attached hereto as Exhibit **B** ), and the plaid shorts that Express contends infringes upon their "Roth" plaid (a true and correct copy of the Heritage Purchase Order # 09001807 indicating "Steps of CA" of the source of the white track jacket sold to Forever 21, Inc./Heritage is attached hereto as Exhibit **C** ).

3.     Steps had absolutely nothing to do with the plaid shorts that allegedly infringe rights in the Jack or Ocean Plaids.

4.     Steps is not connected or related to White Owl in any manner, other than both being suppliers to Forever 21.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this **12** day of July, 2010 at Los Angeles, California.

KEY CHU

DECLARATION OF KEY CHU IN SUPPORT OF DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT

LEVINSON ARSHONSKY & KURTZ, LLP

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is 15303 Ventura Boulevard, Suite 1650, Sherman Oaks, California  91403.

On **July 12, 2010**, I served the foregoing document described as **DECLARATION OF KEY CHU IN SUPPORT OF FOREVER 21 DEFENDANTS' AND STEPS' MOTION FOR SUMMARY JUDGMENT** on the interested parties in this action:

[X]     **(BY Electronic Transfer to the CM/ECF System)** In accordance with Federal Rules of Civil Procedure 5(d) (3), Local Rule 5-4, and General Order 07-08, I uploaded via electronic transfer a true and correct copy scanned into an electronic file in Adobe "pdf" format of the above-listed documents to the United States District Court Central District of California' Case Management and Electronic Case Filing (CM/ECF) system on this date. It is my understanding that by transmitting these documents to the CM/ECF system, they will be served on all parties of record according to the preferences chosen by those parties within the CM/ECF system. The transmission was reported as complete and without error.

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **July 12, 2010** at Sherman Oaks, California.


KIM SCHWARZ                           _____/s/_____