# EXHIBIT A

# HERITAGE
### 1981

BILL TO: FOREVER21, INC.
2001 S. ALAMEDA ST.
LOS ANGELES, CA 90058
cpl.domestics@forever21.com

※ SEE "SHIP TO" ON RIGHT SIDE OF P.O.

VENDOR: STEPS OF CA
TEL: 323-261-2233
FAX: 323-261-2922
2155 E. 7TH ST. #25
Contact Person: JOCELYN MIA/NELSON

| STYLE | COLOR | LABEL | XS | S | M | L | XL | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 82109 | WHITE | | 0 | 572 | 572 | 572 | 286 | |
| | | TOTAL | 0 | 572 | 572 | 572 | 286 | |
| | | | 0 | 0 | 0 | 0 | 0 | |
| | | | 0 | 0 | 0 | 0 | 0 | |

Order Date: 01/21/2009
Start Ship Date: 04/27/2009
In House Date: 04/30/2009
Buyer: Jenny Kim
Phone: 213-741-8856
Fax: 213-741-5195

Terms: NET 30 DAYS
Label: Y
Price-Ticket: Y
Hanger Tape: N

To Order Price Ticket
Email: ptdomestics@forever21.com
ptinput@forever21.com

Shipping Authorization ( SA ) #
G.C.H Phone : 213-741-5183,3505
FLAT Phone : 213-741-8856
SHOULD BE REQUESTED
ONE DAY BEFORE INHOUSE DATE

Ship By GARMENT ON HANGER  N
VENDOR CONFORM TO F21  Y
PACKING INSTRUCTION
packinginstruction@forever21.com

PO#: 0301836  (USA)
SHIP TO: FOREVER 21, INC.
2001 S. ALAMEDA ST.
LOS ANGELES, CA 90058
PHONE : 213-741-5183

| TOTAL | ITEM CODE: | ITEM DESCRIPTION | FF | |
|---|---|---|---|---|
| 2,002 | 61248049 | CASUAL JACKET/LSLV | | NEW HERITG/VISION21 |
| 2,002 | | | | |

— Fabric Quality & color as swatches
— Fabric, Trim & Sample CF.

change Graphic (×2)

Vendor agrees that the information contained herein is confidential and proprietary to Forever 21, Inc ("F21") and represents and warrants that it will not disclose same to any third party without the express written consent of F21. Vendor acknowledges that irreparable injury will result to F21 from any unauthorized disclosure or use of this information and expressly agrees that F21 shall be entitled, in addition to damages and other remedies provided by law, to an injunction or other equitable remedy respecting such violation or continued violation. Vendor expressly warrants that the sale by F21 of the products ordered and purchased herein will not violate intellectual property laws of the United States or any other countries.

THE TERMS AND CONDITIONS ON THE REVERSE SIDE ARE PART OF THIS AGREEMENT ALSO.

VENDOR NAME:
VENDOR SIGNATURE:               CEO'S SIGNATURE:

THE LAW OF THE STATE OF CALIFORNIA INCLUDING THE UNIFORM COMMERCIAL CODES AS ENACTED BY THE STATE OF CALIFORNIA GOVERNS ALL SALES TO FOREVER21 MERCHANDISING UNDER THE P.O.

"ANY DEVIATION TO ABOVE INSTRUCTION WILL RESULT IN A CHARGE BACK"

# EXHIBIT B

# HERITAGE 1981

| Order Date: | 01/21/2009 | PO #: | 09007628 | (BONDED:EXPORT) |
| --- | --- | --- | --- | --- |
| Start Ship Date: | | SHIP TO: | BONDED WAREHOUSE | |
| In House Date: | 05/02/2009 | FOREVER 21 TRADING (SHANGHAI) CO., LTD | | |
| | | SECTION B4, FLOOR 1, NO.71 BUILDING, | | |
| | | 17 HAN CHENG ROAD (PLOT F24, DISTRICT F) | | |
| | | WAIGAOQIAO FREE TRADE ZONE | | |
| | | SHANGHAI, PRC | | |
| | | Attn : franco@forever21.com | | |
| | | (ATTN. BONDED-EXPORT) | | |

BILL TO: FOREVER 21, INC.
2001 S. ALAMEDA ST.
LOS ANGELES, CA 90058

Attn: epmerchandise@forever21.com
→ SEE SHIP TO ON RIGHT SIDE OF P.O.

To Order Price Ticket
Email: pt.domestic@forever21.com
pt.import@forever21.com

Shipping Authorization ( SA ) #

Phone : 021-50464925

Ship By

VENDOR CONFORM TO F21      N
PACKING INSTRUCTION           Y
packing.bonded.exp@forever21.com

SEE RELATED P.O.
P.O.#
09001819

Ship Addr.      USA

| VENDOR: | STEPS OF CA | Buyer: | Jenny Kim |
| --- | --- | --- | --- |
| TEL: | 323-231-2233 | Phone: | 213-741-8836 |
| FAX: | 323-231-2922 | Fax: | 213-741-5196 |
| | 2155 E. 7TH ST. #125 | Terms: | NET 30 DAYS |
| Contact Person | JOCELYN/MIAH/NELSON | Label: | Y |
| | | Price Ticket: | Y |
| | | Hanger Tape: | N |

| STYLE | COLOR | LABEL | SITE | S | M | L | TOTAL | DESCRIPTION | FF | NEW/HIGH/TG | REM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 87121 | CREAM/BLACK/BURGUND Y | | TOTAL | 55 | 110 | 110 | 55 | 330 | SHORT PANT/W BELT | | NEW/HIGHT/TG |

ITEM CODE:      TOTAL      6124147 0
QTY 2,172
QTY 2,502
330

Vendor agrees that the information contained herein is confidential and proprietary to Forever 21, Inc. ("F21") and represents and warrants that it will not disclose same to any third party without the express written consent of F21. Vendor acknowledges that irreparable injury will result to F21 from any unauthorized disclosure or use of this information and expressly agrees that F21 shall be entitled in addition to damages and other remedies provided by law to an injunction or other equitable remedy respecting such violation or contemplated violation. Vendor expressly warrants that the sale by F21 of the products ordered and purchased herein will not violate intellectual property laws of the United States or any other countries.

THE TERMS AND CONDITIONS ON THE REVERSE SIDE ARE PART OF THIS AGREEMENT ALSO.

VENDOR SIGNATURE: _____   VENDOR NAME: _____   CEO'S SIGNATURE: _____

THE LAW OF THE STATE OF CALIFORNIA, INCLUDING THE UNIFORM COMMERCIAL CODES AS ENACTED BY THE STATE OF CALIFORNIA GOVERNS ALL SALES TO FOREVER 21 MERCHANDISING UNDER THE P.O.

"ANY DEVIATION TO ABOVE INSTRUCTIONS WILL RESULT IN A CHARGE BACK"

STEPS 0076

**EXHIBIT C**

