```
COLUCCI & UMANS
FRANK J. COLUCCI (Pro Hac Vice)
fcolucci@colucci-umans.com
DAVID M. DAHAN (Pro Hac Vice)
ddahan@colucci-umans.com
218 East 50th Street
New York, New York 10022
Telephone:  212.935.5700
Facsimile:   212.935.5728

BUCHALTER NEMER
Russell L. Allyn (SBN: 143531)
rallyn@buchalter.com
1000 Wilshire Boulevard, Suite 1500
Los Angeles, California 90017-2457
Telephone: 213.891.0700
Facsimile: 213.896.0400


Attorneys for Plaintiff,
EXPRESS, LLC
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXPRESS, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>FOREVER 21, INC.; FOREVER 21 LOGISTICS, LLC; FOREVER 21 RETAIL, INC.; JIN SOOK CHANG; DO WON CHANG; WHITE OWL CLOTHING, INC.; STEPS APPAREL GROUP, INC. dba STEPS OF CA; and DOES 1 through 10, inclusive,<br><br>  Defendants. | Civil Action No. 2:09-cv-04514-ODW-VBK<br><br>**DECLARATION OF MICHAEL TOWER IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>Honorable Otis D. Wright II<br><br>Honorable Victor B. Kenton |

1. I am the designer of Express's plaid designs that are at issue in the present lawsuit against Forever 21 and its suppliers (the "Express Plaid Designs") and as such I am fully familiar with the facts hereinafter set forth of my own personal knowledge. I submit this declaration in opposition to defendants' respective motions for summary judgment, in support of plaintiff's motion for summary judgment and to clarify the deposition testimony that I gave when I was deposed by defendants' counsel on April 22, 2010.

2. Over the course of my career as a designer, in addition to the Express Plaid Designs, I have created numerous original plaid designs. Given my design experience and background I am well versed in the architecture of plaids and their design and creation.

3. The Express Plaid Designs are unique, wholly original plaid designs of my creation.

4. As with all of my designs, when I created the Express Plaid Designs I drew inspiration from my prior background, experience and a wide variety of sources, including my sense of fashion trends that I see in the media, magazines, on television, in movies, on the Internet and the entire spectrum of plaids and other designs that I have come into contact with over the course of my career, as well as the inspirational materials that the Express design team used to develop the entire Spring 2009 line.

5. Given the amount of time that has passed since I created the Express Plaid Designs and the large number of styles that I designed for Express since, I cannot specifically recall the particular inspirations that I drew upon when I created the Express Plaid Designs, however, I do know that there were no single pre-existing sources of inspiration for each of the Express Plaid Designs.

6. As has always been my practice in creating new designs throughout my career, when I designed the Express Plaid Designs I first developed the initial concepts relating to the arrangement of the specific components of the Express

1 | Plaid Designs by drawing from my various sources of inspiration.

2 |     7.    A CAD ("Computer Assisted Design") machine is a computer-based
3 | tool that allows for the creation of design renderings that can be manipulated in a
4 | variety of ways. The purpose of a CAD machine is to assist designers in the
5 | creation of their designs. Express employs CAD operators that possess the
6 | technical skills that are required to operate a CAD machine. I do not possess the
7 | technical skills required to operate a CAD machine.

8 |     8.    After I developed and created an initial concept for each of the Express
9 | Plaid Designs, I provided the Express CAD operator with, either a drawing,
10 | photograph, tear sheet, sketch (or something similar), that was taken or developed
11 | from my various sources of inspiration, which he then rendered for me on a CAD
12 | machine. This initial rendering served as a visual reference and starting point in my
13 | creative design process, which I have followed throughout my career as a designer.

14 |     9.    Since I am not proficient in the operation of a CAD machine, I
15 | proceeded to orally instruct the CAD operator on the modifications and changes
16 | that I wanted to make to the initial rendering until I arrived at my final design. As I
17 | testified during my deposition, changes are always made to my initial visual
18 | references/renderings of the plaid designs that I create. Next, I chose the various
19 | combinations of colors that I wanted the CAD operator to incorporate into the final
20 | plaid designs, and filled out a "color-up" form that identifies the various colors of
21 | my choosing.

22 |     10.    As a result of my creative design process, the Express Plaid Designs
23 | were created.

24 |     11.    It has come to my attention that based upon my deposition testimony
25 | defendants are now claiming that the Express Plaid Designs are "derivative works"
26 | of pre-existing plaid designs. It is my understanding that, in order for a design to be
27 | considered a "derivative work" it must be substantially copied from a prior work. I
28 | did not copy any prior or pre-existing plaid designs when I created the Express

1 | Plaid Designs.

2 | I declare under penalty of perjury that the above statements are true and
3 | correct.

4 | Dated: New York, New York
5 | July 28, 2010

7 | _____
MICHAEL TOWER