RUSS, AUGUST & KABAT
Larry C. Russ, State Bar No. 82768
lruss@raklaw.com
Nathan D. Meyer, State Bar No. 239850
nmeyer@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California  90025
Telephone:  (310) 826-7474
Facsimile:   (310) 826-6991

Attorneys for Defendants
Forever 21, Inc., Forever 21
Logistics, Inc., Forever 21
Retail, Inc., Jin Sook Chang,
and Do Won Chang

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXPRESS LLC, | Case No. CV09-04514 ODW (VBK) |
| Plaintiff, | **NOTICE OF LODGING OF [PROPOSED] JUDGMENT** |
| v. | |
| FOREVER 21, INC.; FOREVER 21 LOGISTICS, LLC.; FOREVER 21 RETAIL, INC.; JIN SOOK CHANG; DO WON CHANG; WHITE OWL CLOTHING, INC.; STEPS APPAREL GROUP, INC. dba STEPS OF CA; and DOES 1 through 10, inclusive, | Complaint Filed: June 23, 2009 |
| Defendants. | |

**TO THE HONORABLE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** Defendants Forever 21, Inc., Forever 21 Logistics, Inc., Forever 21 Retail, Inc., Jin Sook Chang, and Do Won Chang (collectively the "Forever 21 Defendants"), pursuant to this Court's order of September 3, 2010, hereby lodge the attached [Proposed] Judgment.

DATED: September 8, 2010

RUSS, AUGUST & KABAT
Larry C. Russ
Nathan D. Meyer

By: /s/ *Nathan D. Meyer*
Attorneys for F21 Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2010 the foregoing document described as **NOTICE OF LODGING OF [PROPOSED] JUDGMENT** was filed electronically via the Court's Electronic Case Filing System (ECF). Notice of the filing is being served upon all counsel of record automatically through Notice of Electronic Filing.

/s/ *Nathan D. Meyer*