JS-6

FILED
CLERK, U.S. DISTRICT COURT
SEP 16 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXPRESS LLC,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>FOREVER 21, INC.; FOREVER 21 LOGISTICS, LLC.; FOREVER 21 RETAIL, INC.; JIN SOOK CHANG; DO WON CHANG; WHITE OWL CLOTHING, INC.; STEPS APPAREL GROUP, INC. dba STEPS OF CA; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants | Case No. CV09-04514 ODW (VBK)<br><br>[~~PROPOSED~~] JUDGMENT<br><br>Complaint Filed:<br>　　June 23, 2009<br><br>First Amended Complaint Filed:<br>　　December 4, 2009 |

RUSS, AUGUST & KABAT

2923-03 100908 Judgment.doc

1

JUDGMENT

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

In accordance with this Court's September 3, 2010 Order granting Defendants' motions for summary judgment, docket no. 168, which by this reference is incorporated as part of this Judgment as if set forth in full herein,

**IT IS ORDERED ADJUDGED AND DECREED** that Plaintiff Express LLC take nothing, that the action be adjudged on the merits, that final judgment is ENTERED in favor of all Defendants, Forever 21, Inc., Forever 21 Logistics, LLC, Forever 21 Retail, Inc., Do Won Chang, Jin Sook Chang, White Owl Clothing, Inc. and Steps Apparel Group, Inc. (collectively, "Defendants") against Plaintiff Express LLC, and that Defendants recover their costs.

Dated: 9/16/10

Honorable Otis D. Wright

2923-03 100908 Judgment.doc

2

JUDGMENT