HOLLAND & KNIGHT LLP
Theresa W. Middlebrook   (State Bar 89709)
E-mail: theresa.middlebrook@hklaw.com
Tara Cooper (State Bar 239018)
E-mail: tara.cooper@hklaw.com
633 West Fifth Street, 21st Floor
Los Angeles, California  90071-2040
Tel.  (213) 896-2400
Fax. (213) 896-2450
Attorneys for White Owl Clothing, Inc.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXPRESS, LLC,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>FOREVER 21, INC.;  FOREVER 21 LOGISTICS, LLC; FOREVER 21 RETAIL, INC.; JIN SOOK CHANG;  DO WON CHANG;  WHITE OWL CLOTHING, INC.;  STEPS APPAREL GROUP, INC. dba STEPS OF CA;  and DOES 1 through 10, inclusive,<br><br>　　　　　　　Defendants. | Case No. CV09-04514 (ODW)(VBKx)<br><br>**DEFENDANT WHITE OWL CLOTHING, INC.'S NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES.**<br><br>[Points & Authorities, Declaration of Isaac Saul, Declaration of Theresa Middlebrook filed herewith; Proposed Order lodged herewith]<br><br>**Hearing**<br><br>**Date: November 8, 2010**<br>**Time:1:30 p.m.**<br>**Courtroom: 11**<br><br>Complaint Filed:  June 23, 2009<br>First Amended Complaint Naming This Defendant Filed:   Dec. 7, 2009 |

1
DEFENDANT WHITE OWL CLOTHING, INC'S
NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, on November 8, 2010, at 1:30 p.m., or as soon thereafter as counsel may be heard, in the Courtroom of the Honorable Otis D. Wright II, located at 312 North Spring Street, Los Angeles, CA 90012, Courtroom 11, Defendant White Owl Clothing, Inc. ("White Owl") will and does hereby move for an order granting an award of attorneys' fees and other litigation expenses pursuant to 17 U.S.C. Section 505, 15 U.S.C. Section 1117, and Local Rule 54-12.

This Motion is made on the grounds that White Owl is the prevailing party on plaintiff's claims for copyright infringement and trade dress infringement. As the prevailing party, pursuant to 17 U.S.C. Section 505, 15 U.S.C. Section 1117, White Owl is entitled to attorneys' fees and related litigation expenses incurred in defending this case.

This Motion is based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities, and Declarations of Theresa Middlebrook and Isaac Saul filed herewith, all documents on file in this action, any matter judicially noticeable, and such other documents and matters as may be presented to the Court.

Dated: October 1, 2010          Respectfully submitted,

                                HOLLAND & KNIGHT LLP

                                By:  _____/S/_____
                                Theresa W. Middlebrook, Attorneys for
                                Defendant White Owl Clothing, Inc.

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 633 West Fifth Street, 21st Floor, Los Angeles, California 90071.

On October 1, 2010, I served the document described as **DEFENDANT WHITE OWL CLOTHING, INC.'S NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES** on the interested parties in this action as follows:

[X] (**BY Electronic Transfer to the CM/ECF System**) In accordance with Federal Rules of Civil Procedure 5(d) (3), Local Rule 5-4, and General Order 07-08, I uploaded via electronic transfer a true and correct copy scanned into an electronic file in Adobe "pdf" format of the above-listed documents to the United States District Court Central District of California' Case Management and Electronic Case Filing (CM/ECF) system on this date. It is my understanding that by transmitting these documents to the CM/ECF system, they will be served on all parties of record according to the preferences chosen by those parties within the CM/ECF system. The transmission was reported as complete and without error.

 X    I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on October 1, 2010, Los Angeles, California.

/S/
Tara L. Cooper

#9812992_V1